[No. 36433-6-II. Division Two. July 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. VALERIE JOY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00212-7, James E. Warme, J., entered June 14, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36450-6-II. Division Two. July 29, 2008.]

UNITED STATES SHEEPSKIN, INC., *Appellant*, v. MAO LI YING ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-04238-0, Linda CJ Lee, J., entered May 18, 2007. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 37153-7-II. Division Two. July 29, 2008.]

DONALD R. EARL, *Appellant*, v. MENU FOODS INCOME FUND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-2-00250-1, Craddock D. Verser, J., entered December 21, 2007. *Remanded* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[Nos. 23827-0-III; 25777-1-III; Division Three. July 31, 2008.]
25842-4-III.

KIM MIKKELSEN, *Respondent*, v. ERIC P. WEINHEIMER ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Yakima County, No. 03-2-00629-6, Robert N. Hackett, Jr., J., entered February 3, 2005, and November 17 and December 26, 2006. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Korsmo, J.